UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RYAN BRILL, individually,
and SARA BRILL, individually,

    Plaintiffs,

vs.    CASE NO.: 96-1985 CIV-KING MAGISTRATE BANDSTRA

CHRYSLER CORPORATION; JEEP
EAGLE CORPORATION, and JEEP
EAGLE SALES CORPORATION,

    Defendants.



FILED by _____ D.C.
JUL 22 1996
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## NOTICE OF REMOVAL

CHRYSLER CORPORATION ("CHRYSLER"), by its undersigned counsel, hereby files with this Court, pursuant to 28 U.S.C. § 1446, a notice of removal to this Court of a civil action filed in the Circuit Court for Dade County, Florida, in which it is the defendant. In support of this notice, defendant CHRYSLER states as follows:

1. Plaintiffs, RYAN BRILL and SARA BRILL have filed a civil action in the Circuit Court for Dade County, Florida, naming Chrysler Corporation and its successor corporation as the defendant. A copy of Plaintiffs' Summons and Complaint was served on CHRYSLER on July 2, 1996. Copies of Plaintiffs' Summons and Complaint are attached hereto and constitute all process and pleadings received by CHRYSLER in this action. Copies of Chrysler's Answer and Defenses and Motion to Strike are also attached hereto and constitute all pleadings served by CHRYSLER in

this action.

2. Plaintiffs are citizens of the State of Florida and are residents of this judicial district.

3. Defendant CHRYSLER is a corporation incorporated under the laws of the State of Michigan with its principal place of business in the state of Michigan.

4. This is a civil action over which the District Courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1332, because the parties are citizens of different states and the amount in controversy exceeds $50,000.

5. This civil action is one that CHRYSLER is entitled to remove pursuant to 28 U.S.C. § 1441.

6. This Notice of Removal is being filed within thirty days of CHRYSLER's receipt of Plaintiffs' initial pleading in accordance with the provisions of 28 U.S.C. § 1446(b).

7. Pursuant to the Rules of this Court, CHRYSLER has submitted herewith a filing fee of $120.00.

WHEREFORE, CHRYSLER provides notice that the above-captioned action pending against CHRYSLER in the Circuit Court for Dade County, Florida, has been removed to this Court for further proceedings.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: **SHELDON J. SCHLESINGER, ESQ.,**

1212 S.E. 3rd Avenue, Ft. Lauderdale, FL 33316 this ___18th___ day of July, 1996.

_____
David R. Tyrrell
Florida Bar No. 222852
HILL, WARD & HENDERSON, P.A.
Post Office Box 2231
Tampa, Florida  33601
(813) 221-3900 (Phone)
(813) 221-2900 (Fax)
Attorneys for Defendant,
CHRYSLER CORPORATION

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED 7-22-96  PAID 120
Carlos Juenke 265

96-1985
CIV-KING
MAGISTRATE
BANDSTRA

## I. (a) PLAINTIFFS
RYAN BRILL and SARA BRILL,

FILED by _____ D.C.
JUL 22 1996
CARLOS JUENKE
CLERK, USDC / SDFL / MIA

### DEFENDANTS
CHRYSLER CORPORATION; JEEP EAGLE CORPORATION; and JEEP EAGLE SALES CORPORATION

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _Broward_
(EXCEPT IN U.S. PLAINTIFF CASES)

A-DADE 96cv1985-JLK/TEB

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Sheldon J. Schlesinger, P.A.
1212 S.E. 3rd Avenue
Fort Lauderdale, FL 33316
(305) 467-8800

ATTORNEYS (IF KNOWN)
David R. Tyrrell, Esquire
Hill, Ward & Henderson, P.A.
P. O. Box 2231, Tampa, FL 33601
(813) 221-3900

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Products liability action. Jurisdiction - 28 U.S. Section 1441. Diversity of citizenship and amount in controversy in excess of $50,000.00.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | LABOR | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl Ret Inc Security Act | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ _____

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: July 18, 1996

SIGNATURE OF ATTORNEY OF RECORD
David R. Tyrrell
(Fla. Bar No. 222852)

465306  120.00
07/22/96

UNITED STATES DISTRICT COURT